# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**ALONZO CHARLES GREENE,**

    **Plaintiff,**

**v.**                                                 **Case No. 4:20-cv-112-AW-MAF**

**MARK INCH, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

In a June 4, 2020 Report and Recommendation, the magistrate judge recommended dismissal. ECF No. 9. No party has filed any objection. Having reviewed the record, I conclude that the Report and Recommendation should be adopted. Plaintiff was ordered to amend his complaint, and he did not do so. It appears he has abandoned this case.

The Report and Recommendation (ECF No. 9) is adopted and incorporated into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute." The clerk will close the file.

SO ORDERED on July 15, 2020.

                                                    s/ *Allen Winsor*
                                                  United States District Judge